# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER PERKINS

NO. 2024 KW 0851

NOVEMBER 4, 2024

---

In Re:   Christopher Perkins, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 703176.

---

BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion to correct filed with the district court, the district court's ruling on the motion, the bill of information, all pertinent minute entries and/or transcripts, the uniform commitment order, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT